UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CROWN PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOYSLEEN PRIMO, et al. <br><br> Defendants. | CASE NO. C20-6171 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' Complaint, Dkt. 2, is **DISMISSED with prejudice**;

(3) Defendants' Motion to Proceed *In Forma Pauperis*, Dkt. 1, is **DENIED as moot**;

//

ORDER - 1

1  (4)  The Court will *sua sponte* **REMAND** this case to the Pierce County

2      Superior Court; and

3  (5)  The Clerk shall enter JUDGMENT and close this case.

4  Dated this 20th day of January, 2021.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge